**Order entered October 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00519-CV
No. 05-16-00520-CV

**IN THE INTEREST OF S.V. AND S.V., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## ORDER

We **REINSTATE** these appeals which we abated to allow the trial court to conduct a hearing to determine whether certain exhibits admitted at trial are lost and can be replaced. *See* TEX. R. APP. P. 34.6(f). The trial court has held the hearing and made written findings. We **DEFER** to the submissions panel Father's October 20, 2016 motion for new trial based on the rule 34.6 findings and **ORDER** the parties to address, in their brief on the merits, whether Exhibit 1 and the CD are necessary to the appeal's resolution.

As the appeal has been reinstated, we **ORDER** the reporter's record, tendered to the Clerk of the Court September 12, 2016, filed as of the date of this order. Further, because the parties in appellate cause number 05-16-00520-CV are the same as the parties in this appeal and the orders challenged in appellate cause number 05-16-00520-CV are related to the order challenged in this appeal, we **ORDER** appellate cause number 05-16-00520-CV consolidated

into this cause number. We **DIRECT** the Clerk of the Court to transfer all documents from appellate cause number 05-16-00520-CV to this cause number. For administrative purposes, appellate cause number 05-16-00520-CV is treated as a closed case. The parties, Dallas County District Clerk Felicia Pitre, and court reporters Janet Saavedra and Melva Key shall now use only this cause number.

As both the reporter's and clerk's records have been filed, we **ORDER** appellant to file his brief on the merits no later than November 28, 2016.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Saavedra, Ms. Key, and the parties.

/s/    CRAIG STODDART
       JUSTICE